IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                                             4:92cr4079-WS

FRANKIE LEE FERGUSON,                                           4:09cv237-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 124) docketed October 26, 2009. The magistrate judge recommends that the defendant's motion to vacate sentence be summarily dismissed as untimely. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 124) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255 (doc. 120) is hereby summarily DISMISSED as untimely.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:09cv237-WS.

DONE AND ORDERED this <u>  3rd  </u> day of <u>  December  </u>, 2009.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE